**STATE of Missouri, Respondent,**

v.

**Neal Allen BIGELOW, Appellant.**

**No. WD 48351.**

Missouri Court of Appeals,
Western District.

Sept. 13, 1994.

Motion for Rehearing and/or Transfer to Supreme Court Denied Nov. 1, 1994.

Richard McFadin, Kansas City, for appellant.

Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before ULRICH, P.J., and LOWENSTEIN and HANNA, JJ.

#### *ORDER*

PER CURIAM.

Defendant appeals conviction of possession of a controlled substance (cocaine), § 195.202.1, RSMo Supp.1991.

Judgment Affirmed. Rule 30.25(b).